UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

ERNESTO BARRERA, as Personal Representative
of the Estate of Ana Gloria DeBarrera, Deceased
and on behalf of all survivors of Ana Gloria DeBarrera;

SHARLENE M. BECKWITH and
JAMES A. REED, as Co-Administrators of
the Estate of Michele M. Reed, Deceased
and on behalf of all survivors of Michele M. Reed;

BENITO COLON, as Administrator
of the Estate of Soledi Colon, Deceased
and on behalf of all survivors of Soledi Colon;

RACHEL W. GOODRICH, as Personal Representative
of the Estate of Peter M. Goodrich, Deceased
and on behalf of all survivors of Peter M. Goodrich;

VICTORIA HIGLEY, as Administrator
of the Estate of Robert Higley, Deceased
and on behalf of all survivors of Robert Higley;

MAUREEN KELLY, as Administrator
of the Estate of Mark Ludvigsen, Deceased
and on behalf of all survivors of Mark Ludvigsen;

MARION KNOX, as Administrator
of the Estate of Andrew Knox, Deceased
and on behalf of all survivors of Andrew Knox;

LAURA J. LASSMAN, as Administrator
of the Estate of Nicholas Lassman, Deceased
and on behalf of all survivors of Nicholas Lassman;

PHILIP LEE and MEI JY LEE, as Co-Administrators
of the Estate of Yang Der Lee, Deceased
and on behalf of all survivors of Yang Der Lee;

MELVIN LEWIS & JOHN LEWIS, as
Co-Personal Administrators of the Estate
Margaret Lewis, Deceased and on behalf

**COMPLAINT**
Civil Action No.

03 CV 7036

1

of all survivors of Margaret Lewis;

JOHN A. MARTIN and PAUL R. MARTIN,
as Co-Administrators of the Estate of
Karen Ann Martin, Deceased and on behalf
of all survivors of Karen Ann Martin;

JOVIANA MERCADO, as Administrator
of the Estate of Steve Mercado, Deceased
and on behalf of all survivors of Steve Mercado;

LINDA PASCUMA, as Personal Representative
of the Estate of Michael J. Pascuma, Jr., Deceased
and on behalf of all survivors of Michael J. Pascuma, Jr.;

SEAN PASSANANTI, as Executor
of the Estate of Horace Passananti, Deceased
and on behalf of all survivors of Horace Passananti;

HELEN PFEIFER, as Personal Representative
of the Estate of Kevin Pfeifer, Deceased
and on behalf of all survivors of Kevin Pfeifer;

DANIEL POLATSCH, as Personal Representative
of the Estate of Laurence Polatsch, Deceased
and on behalf of all survivors of Laurence Polatsch;

THERESA REGAN, as Personal Representative
of the Estate of Donald Regan, Deceased
and on behalf of all survivors of Donald Regan;**

ARMAND REO, as Administrator
of the Estate of John A. Reo, Deceased
and on behalf of all survivors of John A. Reo;

ALEXANDER & MAUREEN SANTORO, as
Personal Representatives of the Estate of Christopher Santoro,
Deceased and on behalf of all survivors of Christopher Santoro;**

NARASIMHA SATTALURI, as Administrator
of the Estate of Deepika Kumar Sattaluri, Deceased
and on behalf of all survivors of Deepika Kumar Sattaluri;

WEN SHI, as Personal Representative
of the Estate of Weibin Wang, Deceased
and on behalf of all survivors of Weibin Wang;

2

CYNTHIA TUMULTY, as Administrator
of the Estate of Lance Tumulty, Deceased
and on behalf of all survivors of Lance Tumulty;

YUN YU ZHENG, as Administrator
of the Estate of Kui Fai Kwok, Deceased
and on behalf of all survivors of Kui Fai Kwok;

DAVID ZIMINSKI, as Administrator
of the Estate of Ivelin Ziminski, Deceased
and on behalf of all survivors of Ivelin Ziminski;

ROBERT BERMINGHAM;**

MARK BERNHEIMER;**

DONALD DiDOMENICO;

JOSEPH DONOVAN;**

WILLIAM ELLIS;**

MICHAEL ENDRIZZI;**

THOMAS FLETCHER;**

MARK GOLDWASSER;**

RON HARDING;**

JEREMIAH HARNEY;**

PETER IOVENO;**

JURGIEL KAZIMIERZ;**

ROBERT KEANE;**

RAYMOND LACHHMAN;**

GEORGE LANTAY;**

HOUSSAIN LAZAAR;**

JOYCE LEIGH;**

3

VINCENT LeVIEN;**

JEFF LEVER;**

JERZY MROZEK;**

ANDREW QUINN;**

DENNIS QUINN;**

KEVIN ROGERS;**

CARMEN ROMERO;**

CHRISTINE SAKOUTIS;**

KEMRAJ SINGH;**

GARY WENDELL;**

** Barasch McGarry Salzman Penson & Lim Attorneys

Plaintiffs,

- against -

**AL QAEDA ISLAMIC ARMY**
EGYPTIAN ISLAMIC JIHAD
OSAMA BIN LADEN
ESTATE OF MUHAMMAD ATEF
AYMAN AL ZAWAHIRI
ABU ZUBAYDAH a/k/a ZAYN AL ABIDIN
  MUHAMMAD HUSAYN TARIQ
SAIF AL ADEL a/k/a SAYF AL ADL
KHALID SHEIKH MOHAMMED
ABDULLAH AHMED ABDULLAH
ESTATE OF ABU HAFS a/k/a Khaled Al Shanguiti,
  a/k/a Mafuz Ould Al Walid, "THE MAURITANIAN"
ESTATE OF ABU SALAH AL-YEMENI
ESTATE OF ABU JAFFER AL-JAZIRI
  a/k/a OMAR CHEBBANI
MUHSIN MUSA MATWALLI ATWAH
ANAS AL LIBY
IBN AL-SHAYKH AL-LIBI
FAZUL ABDULLAH MOHAMMED

4

AHMED MOHAMED HAMED ALI
MOHAMED SULEIMAN AL NALFI
MUSTAFA MOHAMED FADHIL
AHMED KHALFAN GHAILANI
FAHID MOHAMMED ALLY MSALAM
SHEIKH AHMED SALIM SWEDAN
MUHAMMAD ABU-ISLAM
ABDULLAH QASSIM
MUSTAFA MUHAMMED AHMAD a/k/a Shaykh Sai'id
    a/k/a Mustafa Ahmed Al-Hasawi
JAMAL AL-BADAWI
MOHAMMED OMAR AL-HARAZI
WALID AL-SOUROURI
FATHA ADBUL RAHMAN
YASSER AL-AZZANI
JAMAL BAKHORSH
AHMAD AL-SHINNI
RAED HIJAZI
JAMIL QASIM SAEED
ABU ABDUL RAHMAN
MOHAMED BAYAZID
ABU MUSAB ZARQAWI
SHEIKH OMAR BAKRI MUHAMMAD
ABDUL FATTAH ZAMMAR
MAMOUN DARKAZANLI
GHASOUB AL ABRASH GHALYOUN (a/k/a ABU MUSAB)
BENSAYAH BELKACEM
SABIR LAMAR
WADIH EL-HAGE
WALI KHAN AMIN SHAH
ABU SAYEF GROUP (ASG)
JEMAAH ISLAMIYA a/k/a Jam'yah Ta'awun Al Islamia
ALGERIAN ARMED ISLAMIC GROUP (GIA)
EGYPTIAN GAMA'A AL-ISLAMIYA

***Terrorist Hijackers***
THE ESTATE OF MARWAN AL-SHEHHI
THE ESTATE OF FAYEZ AHMED
THE ESTATE OF AHMED AL GHAMDI
THE ESTATE OF HAMZA AL GHAMDI
THE ESTATE OF MOHALD AL SHEHRI
THE ESTATE OF SATAM M. A. AL SUQAMI
THE ESTATE OF ABDULAZIZ AL OMARI

5

THE ESTATE OF WALEED M. AL SHEHRI
THE ESTATE OF WAIL AL SHEHRI
THE ESTATE OF MOHAMMED ATTA
THE ESTATE OF KHALID AL MIDHAR
THE ESTATE OF NAWAF AL HAZMI
THE ESTATE OF HANI HANJOUR
THE ESTATE OF SALEM AL HAZMI
THE ESTATE OF MAJED MOQED
THE ESTATE OF ZIAD SAMIR JARRAH
THE ESTATE OF AHMED IBRAHIM A. AL HAZNAWI
THE ESTATE OF SAEED AL GHAMDI
THE ESTATE OF AHMED AL NAMI
ZACARIAS MOUSSAOUI

**THE TALIBAN**
MUHAMMAD OMAR
MAULVI ABDUL KABIR
JALIL SHINWARI
NOOR JALIL

**THE REPUBLIC OF IRAQ**
IRAQI INTELLIGENCE AGENCY a/k/a The Mukhabarat
 a/k/a The Fedayeen a/k/a Al-'Qare a/k/a"Unit 999"
a/k/a "M-8 Special Operations"
SADDAM HUSSEIN
ESTATE OF QUSAY HUSSEIN
ESTATE OF UDAY HUSSEIN
TAHA YASSIN RAMADAN
MUHAMMED MAHDI SALAH
FARUQ AL-HIJAZI
SALAH SULEIMAN
AHMED KHALIL IBRAHIM SAMIR AL-ANI
HABIB FARIS ABDULLAH AL-MAMOURI
ABDEL HUSSEIN a/k/a The Ghost
ABU AGAB

**THE REPUBLIC OF SUDAN**
MINISTRY OF DEFENSE
MINISTRY OF INTERIOR
SUDANESE INTELLIGENCE SERVICE
NATIONAL ISLAMIC FRONT
HASSAN AL TURABI, Islamic leader
OMAR HASSAN AHMAD AL-BASHIR, President of Sudan

6

ABDUL RAHIM MOHAMMED HUSSEIN, Interior Minister
ABDEL WAHAB OSMAN, former Sudanese Minister of Industry
ISS EL-DIN EL SAYED, Minister of Finance and National Economy
RAHMAN ABDUL SIRAL-KHATIM, Minister of Defense
AL AMN AL-DAKHILI, Intelligence
AL AMN AL-KHARIJI, Intelligence
FAISAL ISLAMIC BANK
**ISLAMIC REPUBLIC OF IRAN**
ISLAMIC REVOLUTIONARY GUARD ("IRGC")
IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY ("MOIS")
LASHKAR FEDAYAN-E-ISLAMI (ISLAMIC MARTYRS BRIGADE)
AYATOLLAH ALI KHAMENEI, Spiritual Leader of Iran
MOMAMMED MOHAMMADI RAYSHAHRI, special advisor to Spiritual Leader
QORBAN ALI NAJAF-ABADI, Minister of Intelligence
ALI FALAHYAN, Director of Public Intelligence
GENERAL ALI BLOKIAN, former advisor to Hezbollah
AHMAD SALAH (SALIM), member of committee of three of Int'l Hezbollah
MAHDI CHAMRAN SAVEHI, director of International
          Hezbollah and Iranian External Intelligence chief
GENERAL MOHSEN REZA'I, Iranian security director
HOSEYN SHAYKH OL-ESLAM, former Assistant Foreign Minister
GENERAL MOHSEN REZA'I, former commander of the Islamic Revolutionary
 Guard Corps (IRGC) who is now in charge of the reorganization of Iran's security apparatus
GENERAL YAHYA RAHIM SAFAVI, head of the IRGC
QORBAN 'ALI NAJAF 'ABADI, Minister of Information
ALI FALAHYAN, former Minister
MOHAMMED MOHAMMADI RAYSHAHRI, special adviser to Iran's supreme leader Ali Khamene'i

*CO-CONSPIRATORS*
ABD Al-HADI AL-IRAQI
ABD AL-MUSHIN AL-LIBI
ABDUL RAHMAN KHALID BIN MAHFOUZ
ABDUL RAHMAN YASIN
ABDULLA AL OBAID
ABDULA BIN LADEN
ADVICE AND REFORMATION COMMITTEE
AFGHAN SUPPORT COMMITTEE (ASC)
AHMED NUR ALI JUMALE a/k/a Ahmed Nur Ali Jim'ale
AL KHALEEJIA FOR EXPERT PROMOTION AND MARKETING COMPANY
AL RASHID TRUST
AL-BARAKAAT GROUP OF COMPANIES SOMALIA LIMITED
BARAKAAT GROUP OF COMPANIES
AL-GAMMAAH AL ISLAMIAH

7

AL-HARAMAIN ISLAMIC FOUNDATION
ALI GHALEB HIMMAT
BENEVOLENCE INTERNATIONAL FOUNDATION, INC.
ENAAM M. ARNANOUT
GLOBAL RELIEF FOUNDATION, INC.
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION (IIRO)
INTERNATIONAL INSTITUTE OF ISLAMIC THOUGHT (IIIT)
ISLAMIC ARMY FOR THE LIBERATION OF HOLY PLACES
ISLAMIC CULTURAL INSTITUTE OF MILAN
ISLAMIC RESCUE ORGANIZATION
JAMAL BARZINJI
KHALED BIN SALIM BIN MAHFOUZ
MOHAMED MANSOUR
MOHAMMED JAMAL KHALIFA
MOHAMMED SALIM BIN MAHFOUZ
MUFTI MOHAMMED RASHID a/k/a RASHID
MUHAMMAD SALAH,
MUSLIM WORLD LEAGUE
MUWAFFAQ FOUNDATION a/k/a BLESSED RELIEF FOUNDATION
NATIONAL COMMERCIAL BANK OF SAUDI ARABIA
PRINCE NAYEF BIN ABDULAZIZ AL SAUD
PRINCE SULTAN BIN ABDULAZIZ AL SAUD
RABIH HADDAH
RABITA TRUST
SAAR FOUNDATION
SAFIQ AYADI
SAUDI SUDANESE BANK
AL SHAMAL ISLAMIC BANK
SHEIKH ABU ABDUL AZIZ NAGI
SHEIK ADEL GALIL BATTERJEE a/k/a
  Batargy
SULEIMAN ABDEL AZIZ AL RAJHI
TABA INVESTMENTS
TANZANITE KING
ULEMA UNION OF AFGHANISTAN
WADI AL AQIQ
WAFA HUMANITARIAN ORGANIZATION
WORLD ASSEMBLY FOR MUSLIM YOUTH
WORLD ASSEMBLY OF ISLAMIC YOUTH
YASSIN AL-QADI a/k/a YASSIN AL-KADI
YOUSAF AHMED ALI
INFOCUS TECH OF MALAYSIA
YAZID SUFAAT OF KUALA LUMPUR MALAYSIA;

AL-SHAYKH AL-IRAQI
ABU HAJER AL IRAQI
PRINCE MOHAMMED AL FAISAL AL SAUD
AL-HIJRAH CONSTRUCTION AND DEVELOPMENT LTD.
GUM ARABIC CO. LTD.
AL SHAMAL FOR INVESTMENT AND DEVELOPMENT
SALEH ABDULLAH KAMEL
SAUDI DALLAH AL BARAKA GROUP LLC.
OMAR ABDULLAH KAMEL
AL BARAKA INVESTMENT AND DEVELOPMENT
DALLAH AL BARAKA GROUP LLC
ISLAMIC INVESTMENT COMPANY OF THE GULF
DAR-AL-MAAL AL ISLAMI
AL-BIR SAUDI ORGANIZATION
MOHAMMAD S. MOHAMMAD
TADAMON ISLAMIC BANK
NATIONAL ISLAMIC FRONT PARTY
MAMDOUH MAHMUD SALIM
LEBANESE HEZBOLLAH
PALESTINE ISLAMIC JIHAD
HAMAS
MUSTASIM ABDEL-RAHIM
ABDEL WAHAB OSMAN
SUDANESE GOVERNMENT OF NORTHERN STATE
NATIONAL FUND FOR SOCIAL INSURANCE
RAHMAN ABDUL SIRAL-KHATIM
ABDUL-RAHIM MOHAMMED HUSSEIN
AL AMN AL-DAKHILI
AL AMN AL-KHARIJI
ABD AL SAMAD AL-TA'ISH
MOHAMED SADEEK ODEH
ABDEL BARRY
AHMED THE GERMAN
IRAQI SECRET SERVICE
GULBUDDIN HEKMATYAR
IMAD MUGHNIYEH
MAHDI CHAMRAN SAVEHI
MOHAMMED SARKAWI
AL TAWHID
HAJI MOHAMAD AKRAM
MOUNIR EL-MOTASSADEQ
RAMZI MOHAMMED ADBULLAH BINALSHIBH
  a/k/a  Ramzi Mohamed Abdallah Omar

ZAKARIYA ESSABAR
SAID BAHAJI
UMAR FARUQ
IBN SHEIK AL-LIBI
ABDELGHANI MZOUDI
ABD AL-RAHIM AL-NASHIRI a/k/a Bilal Bin Marwan
 a/k/a Umar Mohammed al-Harazi a/k/a Abu Bilal al-Makki, Mullah Bilal
PRINCE TURKI AL FAISAL AL SAUD
PRINCE ABDULLAH AL FAISAL BIN ABDULAZIZ AL SAUD (PRINCE ABDULLAH)
PRINCE SALMAN IBN ABDUL AZIZ (PRINCE SALMAN)
ZOUAYDI (MUHAMMED GALEB KALAJE ZOAAYDI AKA ABU TALHA)
MULLAH KREKAR
ABDULAZIS BIN ABDUL RAHMAN AL SAUD
ARAFAT EL-ASAHI
HAYDAR MOHAMED BIN LADEN
MOHAMMED BIN ABDUL RAHMAN AL ARIEFY
FAISAL GROUP HOLDING CO.
ALFAISALIAH GROUP
BASHSH HOSPITAL
MUSHAYT FOR TRADING ESTABLISHMENT
ABDULLAH BIN ABDUL MUHSEN AL TURKI (AL TURKI)
SAUDI HIGH COMMISSION (aka The Saudi High Relief Commission)
TAREK AYOUBI
AL ANWA
HELP AFRICAN PEOPLE
IBRAHIM BIN ABDUL AZIZ AL IBRAHIM FOUNDATION
IBRAHIM BIN ABDUL AZIZ,
MERCY INTERNATIONAL RELIEF AGENCY
ISLAMIC MOVEMENT OF UZBEKISTAN (IMU)
SAUDI BIN LADEN GROUP (SBG) a/k/a BIN LADEN CORPORATION
BAKR M BIN LADEN
SALEH GAZAZ
MOHAMMED BAHARETH
ABDULLAH BIN SAID
MOHAMMED NUR RAHIMI
TAREK M. BIN LADEN
OMAR M. BIN LADEN
SALEH MOHAMED BIN LADEN
SAUDI BIN LADEN INTERNATIONAL COMPANY
YESLAM M. BIN LADEN
GLOBAL DIAMOND RESOURCE
TALAL MOHAMMED BADKOOK
MOHAMAN ALI ELGARI

10

NEW DIAMOND HOLDINGS
M.M. BADKOOK CO. FOR CATERING & TRADING
AL-MUSTAQBAL GROUP
NATIONAL MANAGEMENT CONSULTANCY CENTER (NMCC)
AL-RAJHI BANKING & INVESTMENT CORPORATION
SALEH ABDULAZIZ AL-RAJHI
ABDULLAH SALAIMAN AL-RAJHI
KHALID SULAIMAN AL-RAJHI
SULAIMAN ABDUL AZIZ AL-RAJHI
AL-WATANIA POULTRY
MAR-JAC POULTRY
MAR-JAC INVESTMENTS, INC.
PIEDMONT POULTRY
SNCB CORPORATE FINANCE LTD.
SNCB SECURITIES LTD. IN LONDON
SNCB SECURITIES LTD. IN NEW YORK
SAUDI ECONOMIC AND DEVELOPMENT COMPANY
ZAKAT COMMITTEE
SAUDI RED CRESCENT COMMITTEE
ABDULKARIM KHALED UUSUF ABDULLAH
HISHAM (BROTHER OF ENAAM ARNANOUT)
SAIF AL ISLAM EL MASRY
BENEVOLENCE INTERNATIONAL FOUNDATION - U.S.A.
BENEVOLENCE INTERNATIONAL FOUNDATION - CANADA
BENEVOLENCE INTERNATIONAL FUND
SYED SULEMAN AHMER
MAZIN M.H. BAHARETH
SHAHIR ABDULRAOOF BATTERJEE
MUZAFFAR KHAN
SOLIMAN J. KHUDEIRA
JAMAL NYRABEH
SUCCESS FOUNDATION
ABDURAHMAN AL-AMOUDI
AMERICAN MUSLIM FOUNDATION (AMF)
MOHAMMED OMEISH
ADNAN BASHA
MAHMOUD JABALLAH
ARAFAT EL-ASHI
MORO ISLAMIC LIBERATION FRONT (MILF)
MAHMOUD JABALLAH
MOHAMMED KHATIB
SAUDI JOINT RELIEF COMMITTEE
TAIBAH INTERNATIONAL AID ASSOCIATION

ISLAMIC AFRICAN RELIEF AGENCY
TARIK HAMDI
FAZEH AHED
SANABIL AL-KHAIR
SANA-BELL, INC.
SANABEL AL-KHEER, INC.
KHALED NOURI
ABDULLAH M. AL-MAHDI
TAREQ M. AL-SWAIDAN
ABDUL AL-MOSLAH
SALAH BADAHDH
HASSAN A.A. BAHFZALLAH
M. YAQUB MIRZA
IHAB ALI
SAMIR SALAH
IBRAHIM HASSABELLA

ABU SULAYMAN
AHMED TOTONJI
HISHAM AL-TALIB
IQBAL YUNUS
M. OMAR ASHRAF
MOHAMMED JAGHLIT
MUHAMMAD ASHRAF
SHERIF SEDKY
AFRICAN MUSLIM AGENCY
ARADI, INC.
GROVE CORPORATE, INC.

HERITAGE EDUCATION TRUST
MENA CORPORATION
RESTON INVESTMENTS, INC.
SAFA TRUST
STERLING CHARITABLE GIFT FUND
STERLING MANAGEMENT GROUP
YORK FOUNDATION
NATIONAL DEVELOPMENT BANK
DALLAH AVCO TRANS ARABIA CO. LD.
OMAR AL BAYOUMI (AKA ABU IMARD)
AL AQSA ISLAMIC BANK
AQEEL AL-AQEEL
MANSOUR AL-KADI
SOLIMAN H.S. AL-BUTHE

12

PEROUZ SEDA GHATY
AHMED IBRAHIM AL NAJJAR
ADEL MUHAMMAD SADIQ BIN KAZEM
SAUDI AMERICAN BANK
ABDULAZIZ BIN HAMAD
KHALIL A. KORDI
RASHID M. AL ROMAIZAN
ABDULAZIZ BIN HAMAD AL GOSAIBI
SAUDI CEMENT COMPANY IN DAMMAN
OMAR SULAIMAN AL-RAJHI
ARAB CEMENT COMPANY
MOHAMMED CHEHADE
HAZEM RAGAB
MOHAMMED ALCHURBAJI
MUSTAFA AL-KADIR
ABU AL-MAID

THIRWAT SALAH SHIHATA
ISLAMIC ARMY OF ADEN
MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY
NURJAMAN RIDUAN ISMUDDIN a/k/a HAMBALI
MOHAMMED IQBAL ABDURRAHMAN a/k/a ABNU JIBRIL
FOUNDATION SECOURS MONDIAL
WA'EL HAMZA JULAIDAN a/k/a AL HASAN AL MADANI
ABDELKADIR MAHMOUD ES SAYED
KHALID AL FAWAZ
ABU HAMZA AL MASRI
MOHAMED BEN BELGACEM AOUADI
MOKHTAR BOUCHOUCHA
TAREK CHARAABI
SAMI BEN KHEMAIS ESSID
LASED BEN HENI
SALAFIST GROUP FOR CALL AND COMBAT
AL-HAMATI SWEETS BAKERIES
AL-HUR HONEY PRESS SHOPS a/k/a AL-NUR HONEY CENTER
AL SHIFA' HONEY PRESS FOR INDUSTRY AND COMMERCE
MUHAMMAD AL-HAMATI a/k/a MOHAMMAD
 HAMDI SADIQ AL-AHDAL a/k/a ABU ASIM AL-MAKKI
SAQAR AL JADAWI
AHMAD IBRAHIM AL-MUGHASSIL
AL ITIHAAD AL ISLAMIYA (AIAI)
AMIN AL HAQ a/k/a MUHAMMAD AMIN a/k/a AMIN UL HAQ
ANSAR AL ISLAM a/k/a JUND AL ISLAM

13

ABU WA'EL a/k/a Sadoun Abdul Latif
AHMAD SA'ID AL KADR
ABDUL AZIZ AL IBRAHIM (or "AL IBRAHIM")
INTERNATIONAL DEVELOPMENT FOUNDATION
SULAIMAN AL-ALI
AHMED IDRIS NASREDDIN, a/k/a NASREDDIN AHMED IDRIS
AKIDA BANK PRIVATE LIMITED a/k/a AKIDA ISLAMIC BANK
INTERNATIONAL LIMITED a/k/a IKSIR
   INTERNATIONAL BANK LIMITED
AKIDA COMMODITY LIMITED
AKIDA INVESTMENT COMPANY LIMITED
AKIDA MANAGEMENT AND TRUST a/k/a/AKIDA ISLAMIC
   BANKERS' TRUSTEE AND MANAGEMENT
ALI GHALEB HIMMAT
AL TAQWA TRADE PROPERTY AND INDUSTRY COMPANY LIMITED,
   a/k/a AL TAQWA TRADE PROPERTY AND INDUSTRY
ESTABLISHMENT, a/k/a HIMMAT ESTABLISHMENT
AL TAQWA ZAKA ESTABLISHMENT
ARMAND ALBERT FRIEDRICH HUBER a/k/a AHMED HUBER
ASAT TRUST REGISTERED
BA TAQWA FOR COMMERCE AND REAL ESTATE COMPANY LIMITED,
   a/k/a BA TAQWA FOR COMMERCE AND REAL ESTATE
   ESTABLISHMENT, a/k/a BEN M. NADA ESTABLSIHMENT, a/k/a
YOUSSEF M. NADA ESTABLISHMENT
BANK AL TAQWA LIMITED, a/k/a AL TAQWA BANK
CEMSTEEL IMPEX ESTABLSIHMENT
GULF CENTER S.R.L.
IKSIR LIMITED HOLDING
MIGA – MALAYSIAN SWISS, GULF AND AFRICAN CHAMBER,
   a/k/a CAMERA DI COMMERCIO, INDUSTRIA E TURISMO PER GLI
   STATI ARABI DEL GOLFO E LA SVIZZERA
MOHAMED MANSOUR, a/k/a MOHAMED AL-MANSOUR
NADA INTERNATIONAL ANSTALT, a/k/a NADA GROUP
   INTERNATIONAL ANSTALT
NADA MANAGEMENT ORGANIZATION SA, a/k/a AL TAQWA
   MANAGEMENT ORGANIZATION
NASCO BUSINESS RESIDENCE CENTER SAS
   DI NASREDDIN AHMED IDRIS ED
NASCO NASREDDIN HOLDING SA
NASCOSERVICE S.R.L.
NASCOTEX S.A., a/k/a INDUSTRIE GENERALE DE FILATURE ET
   TISSAGE, A/K/A INDUSTRIE GENERALE DE TEXTILE
NASREDDIN CHARITABLE FOUNDATION

14

NASREDDIN COMPANY NASCO SAS DI AHMED
  IDRIS NASSNEDDIN EC
NASREDDIN FOUNDATION, a/k/a NASREDDIN STIFTUNG
NASREDDIN GROUP INTERNATIONAL HOLDING LIMITED
NASREDDIN INTERNATIONAL GROUP LIMITED HOLDING a/k/a
  MIDDLE EAST AND TURKEY INVESTMENT HOLDING LIMITED
RAW MAT SERVICE AND MANAGEMENT SA
YOUSSEF MUSTAFA NADA
YOUSSEF M. NADA ESTABLISHMENT,
  a/k/a YOUSSEF M. NADA ANSTALT
YOUSSEF M. NADA & CO. GESELLSCHAFT MBH
ZEINAB MANSOUR a/k/a ZEINAB MANSOUR FATTOUH


AL TIKRITI, BARZAN IBRAHIM
AL QARDAWI, SHEIKH YUSUF
ABDULLAH OMAR NASEEF
BIHEIRI, SOLIMAN S.
ISLAMIC CENTER OF TUCSON
ISLAMIC SOCIETY OF NORTH AMERICA
ISMAIL, HAQI
MUSLIM BROTHERHOOD
NORTH AMERICAN ISLAMIC TRUST

                          Defendants.

-------------------------------------------------------------------x


        Plaintiffs, by their attorneys Kreindler & Kreindler LLP and Barasch, McGarry

Salzman Penson & Lim, as and for their Complaint, hereby allege:

        1.      Plaintiffs listed in the caption of this action are U.S. citizens, residents or

foreign citizens who are or will be appointed either the Executors, Administrators or

Personal Representatives of the Estates of persons killed, or are persons injured in the

September 11, 2001 terrorist attacks perpetrated by some of the defendants with the

support and assistance of the other defendants, in which four United States' commercial

                                    15

aircraft were caused to crash into the World Trade Center Towers, the Pentagon and a field in Shanksville, Pennsylvania (hereinafter "September 11[th] Attacks") or representatives of property that was damaged in the attacks.  Plaintiffs' decedents were passengers or crew members on board American Airlines Flights 11 and 77, United Airlines Flights 175 and 93, and persons present at both Towers of the World Trade Center in New York, or present at the Pentagon in Virginia and includes personal injury victims and those persons or entities who suffered property damage at those locations.

## JURISDICTION AND VENUE

2.      Jurisdiction arises pursuant to 28 U.S.C. §§ 1330(a) (actions against foreign states), 1331 (federal question), 1332(a)(2), 1350 ("Alien Tort Act"), 1605(a)(2), 1605(a)(5), 1605(a)(7) (the Foreign Sovereign Immunities Act), and the Torture Victim Protection Act, PL 102-256, 106 Stat. 73 (reprinted at 28 U.S.C.A. § 1350 note (West 1993)), and violation of the International Anti-Terrorism Act, 18 U.S.C. §2333.

3.      Venue is proper in this district pursuant to the Air Transportation Safety and System Stabilization Act, (Pub. Law 107-42, 115 Stat. 230), 49 U.S.C. § 40101, Title IV, § 408(b)(3), designating the Southern District of New York ("S.D.N.Y.") as the exclusive venue for all civil litigation arising out of, or related to the September 11th Attacks, and 28 U.S.C. 1391(b)(2) and 1391(f)(1) because a substantial number of acts, occurrences, injuries and deaths occurred in the Southern District of New York.

4.      This action for wrongful death, personal injury and related claims

16

perpetrated by the foreign states of IRAQ, the SUDAN, and IRAN through their instrumentalities and their official and unofficial employees, agents and servants alleged herein, falls within the exceptions to immunity under 28 U.S.C. §§ 1605(a)(5) and 1605(a)(7) (the Foreign Sovereign Immunities Act).

## DEFENDANTS

5.      Defendants are co-conspirators who intentionally, willfully and knowingly conspired, planned, financed, supported, executed and carried out a plan to murder, maim and injure United States' citizens, residents and others on September 11, 2001; and all participated directly or indirectly in the September 11, 2001 terrorist attacks on the United States of America. Defendants fall into three primary categories, (1) AL QAEDA and its members and associates, (2) IRAQ, the SUDAN and IRAN, State Sponsors of AL QAEDA's terrorist activities, and (3) entities or individuals who provided logistical, material, financial or other support to AL QAEDA and its terrorist activities.

6.      Defendant AL QAEDA, a/k/a Islamic Army, is an unincorporated association organized to perpetrate acts of international terrorism, including murder, mayhem, bombings and hijackings against the United States, its citizens and its allies. AL QAEDA has also encouraged, financed and supported other terrorist groups who targeted U.S. citizens. AL QAEDA, as of September 11, 2001, was headquartered in Afghanistan, but has a network of terrorist "cells" and affiliated groups throughout the

17

world.

7.     Defendant OSAMA BIN LADEN a/k/a Usama Bin Laden, Abu
Abdullah, Mujahid Shaykh Hajjs and Abdul Hay, ("BIN LADEN") was formerly a
national of Saudi Arabia with Yemen as his ancestral home, but who is now an alien of
unknown nationality.   He is last known to have been living in Afghanistan.  At all
relevant times, BIN LADEN has headed and directed the terrorist activities of AL
QAEDA.

8.     Defendants OSAMA BIN LADEN, MUHAMMAD ATEF, AYMAN AL
ZAWAHIRI, ABU ZUBAYDAH, SAIF AL ADEL, KHALID SHEIKH MOHAMMED,
ABDULLAH AHMED ABDULLAH, MAHFOUZ WALAD AL WALID a/k/a ABU
HAFS THE MAURITANIAN, MUHSIN MUSA MATWALLI ATWAH, ANAS AL
LIBY, FAZUL ABDULLAH MOHAMMED, AHMED MOHAMED HAMED ALI,
MOHAMED SULEIMAN AL NALFI, MUSTAFA MOHAMED FADHIL, AHMED
KHALFAN GHAILANI, FAHID MOHAMMED ALLY MSALAM, SHEIKH AHMED
SALIM SWEDAN, RAMZI BINALSHIBB, HASHIM ABDULRAHMAN, OMAR
SHEIKH,  JAMAL AL BADAWI, MOHAMMED OMAR AL HARAZI, RAED
HIJAZI, JAMIL QASIM SAEED, MOHAMED BAYAZID, and ABD AL HADI AL
IRAQI  and others named herein are or were natural persons who, on or before
September 11, 2001, were leaders or members of AL QAEDA who conspired, acted in
concert with, aided and abetted, sponsored and assisted directly and indirectly, in the

18

September 11th terrorist attacks against the United States of America.

9.     MOHAMMED ATTA, MARWAN AL SHEHHI, FAYEZ AHMED, AHMED AL GHAMDI, HAMZA AL GHAMDI, MOHALD AL SHEHRI, SATAM M. A. AL SUQAMI, ABDULLAHZIZ AL OMARI, WALEED M. AL SHEHRI, WAIL AL SHEHRI, KHALID AL MIDHAR, NAWAF AL HAZMI, HANI HANJOUR, SALEM AL HAZMI, and MAJED MOQED hijacked three commercial aircraft on September 11, 2001 and committed mass murder by deliberately flying the aircraft into the World Trade Center and the Pentagon. ZIAD SAMIR JARRAH, AHMED IBRAHIM A. AL HAZNAWI, SAEED AL GHAMDI, and AHMED AL NAMI hijacked United Airlines Flight 93 and attempted to deliberately fly the aircraft into the White House or another prominent Washington D.C. landmark but were thwarted by the efforts of heroic passengers, resulting in the aircraft crashing to the ground in Shanksville, Pennsylvania. The "twentieth hijacker," ZACARIAS MOUSSAOUI, was in custody on September 11, 2001, and thus unable to participate in the attacks perpetrated that fatal day. Plaintiffs have named as defendants, the estates of various AL QAEDA members who were killed on September 11th or in armed conflict with allied forces since September 11, 2001.

10.    Defendant TALIBAN, as of September 11, 2001, was an unincorporated association that served as the *de facto* government of Afghanistan from approximately 1996 until shortly after September 11, 2001. The TALIBAN, as of September 11, 2001,

19

was headquartered in Kandahar, Afghanistan and had declared itself to constitute the government of Afghanistan.

11.     Defendant MUHAMMAD OMAR ("OMAR") founded the TALIBAN and since 1996 OMAR was the leader of the TALIBAN's six member ruling council and was responsible for the TALIBAN's financial activities. OMAR, individually and through the TALIBAN organization that he controlled, supplied material and logistical support to AL QAEDA and BIN LADEN in furtherance of their terrorist plans to attack the United States of America and murder U.S. citizens.

12.     AL QAEDA and the TALIBAN were closely linked. OMAR and the TALIBAN afforded BIN LADEN special status in Afghanistan; and BIN LADEN was the *de facto* head of TALIBAN intelligence and security. BIN LADEN acted on OMAR's behalf, by providing soldiers to crush opposition to the TALIBAN's ruthless rule inside Afghanistan. OMAR enabled BIN LADEN to export terrorism to the United States and elsewhere by allowing him to construct and maintain camps in Afghanistan and train AL QAEDA members and other terrorists from around the world in the deadly and depraved methods of committing acts of violence, murder, destruction and mayhem. OMAR refused to turn BIN LADEN over to the United States after the September 11th attacks and instead, continued to offer sanctuary to BIN LADEN and AL QAEDA members.

13.     Defendant REPUBLIC OF IRAQ ("IRAQ") at all relevant times prior to

20

and including September 11, 2001, was a foreign sovereign state located in the Middle East and shares borders with Saudi Arabia, Jordan, Syria, Turkey, IRAN and Kuwait. The acting government of IRAQ is currently in transition.

14.    Defendant IRAQ has, for many years and at all relevant times, been designated by the United States Department of State as a foreign state that sponsors terrorism within the meaning of the Export Administration Act of 1979, 50 U.S.C. § 2405(j); the Foreign Assistance Act of 1961, 22 U.S.C. § 2371(b) and 18 U.S.C. § 2333.

15.    Defendant, the IRAQI INTELLIGENCE, a/k/a Mukhabarat a/k/a the Fedayeen, a/k/a Al-Qare, a/k/a Unit 999, a/k/a M-8 operations, is the intelligence and operational entity in charge of conducting clandestine operations for the Iraqi government and is an agency, instrumentality and/or organ of the Iraqi government.

16.    Defendant IRAQ sponsored terrorism through its officials, officers, employees and agents, including but not limited to defendants, SADDAM HUSSEIN, QUSAY HUSSEIN, UDAY HUSSEIN, BARZAN AL TIKRITI, TAHA YASSIN RAMADAN, MUHAMMED MAHDI SALAH, FARUQ AL HIJAZI, SALAH SULEIMAN, AHMED KHALIL IBRAHIM SAMIR AL ANI, HABIB FARIS ABDULLAH AL MAMOURI, and ABDEL HUSSEIN, a/k/a "The Ghost," HAQI ISMAIL, TAHA AL ALWANI, ABU AGAB, and ABU WA'EL who are natural persons, subjects and citizens of IRAQ and leaders, agents/or employees of IRAQ and/or its INTELLIGENCE AGENCY, who participated in the acts and conspiracy

21

described below while acting in the course and scope of their employment.

17.     The defendant REPUBLIC OF SUDAN ("SUDAN") is a foreign

sovereign state within the meaning of 28 U.S.C. § 1391(f) and 1603(a) and is located on

the continent of Africa and borders the Red Sea west of Saudi Arabia and south of

Egypt. The United States does not have formal diplomatic relations with the current

government of the defendant SUDAN, which maintains an Embassy in Washington,

D.C. located at 2210 Massachusetts Avenue, N.W., Washington, D.C. 20008-2831.

18.     The defendant SUDAN has, for many years and at all relevant times,

been designated by the United States Department of State as a foreign state that sponsors

terrorism within the meaning of the Export Administration Act of 1979, 50 U.S.C. App.

§ 2405(j); the Foreign Assistance Act of 1961, 22 U.S.C. § 2371(b); and 18 U.S.C. §

2333. The defendant SUDAN, by and through its agents and instrumentalities

including, but not limited to, SUDANESE INTELLIGENCE and Ministries of Interior

and Foreign Affairs has supported, encouraged, sponsored, aided and abetted and

conspired with a variety of groups that use terror to pursue their goals. The defendant

SUDAN has provided financing, training, safe-haven, and weapons for terrorist groups

including the defendants AL QAEDA and BIN LADEN, through its officials, officers,

employees and agents, including but not limited to MINISTRY OF DEFENSE,

MINISTRY OF INTERIOR, NATIONAL ISLAMIC FRONT, HASSAN TURABI,

Islamic leader, OMAR HASSAN AHMAD AL BASHIR, President of Sudan, ABDUL

22

RAHIM MOHAMMED HUSSEIN, Interior Minister, ABDEL WAHAB OSMAN, former Sudanese Minister of Industry, and ISS EL-DIN EL SAYED, Minister of Finance and National Economy..

19.     Defendant, the ISLAMIC REPUBLIC OF IRAN (hereinafter referred to as "IRAN"), is a foreign state within the meaning of 28 U.S.C. §1391(f) and 1603(a) and borders Afghanistan to its east and IRAQ to its west.  IRAN maintains an Interest Section within the United States at 2209 Wisconsin Avenue, N.W., Washington, D.C. 20007.

20.     Defendant IRAN has for many years, and at all relevant times, been designated as a foreign state that sponsors terrorism within the meaning of the Export Administration Act of 1979, 50 U.S.C.App.§ 2405(i), and the Foreign Assistance Act of 1961, 22 U.S.C. §2371(b) and 18 U.S.C. § 2333.

21.     Defendant IRAN has been found to be liable as a state sponsor of international terrorism under 28 U.S.C. §1605(a)(7), especially in connection with acts perpetrated by its state sponsored paramilitary terrorist organization known as "HEZBOLLAH," in various cases, including *Anderson v. the Islamic Republic of Iran, 90* F. Supp.2d 107 D.D.C. 2000), and *Cicippio* v. *The Islamic Republic of Iran,* 18 F.Supp 2d 62 (D.D.C. 1998).

22.     Defendant IRAN through its officials, officers, agents and employees, including but not limited to, its MINISTRY OF INTELLIGENCE AND SECURITY

23

("MOIS"), IRANIAN REVOLUTIONARY GUARD ("IRGC"), AYATOLLAH ALI
KHAMENEI, Spiritual Leader of IRAN, MOMAMMED MOHAMMADI
RAYSHAHRI, special advisor to Spiritual Leader, QORBAN ALI NAJAF-ABADI,
Minister of Intelligence, ALI FALAHYAN, Director of Public Intelligence, GENERAL
ALI BLOKIAN, former advisor to HEZBOLLAH, AHMAD SALAH (SALIM),
member of committee of three of Int'l Hezbollah, MAHDI CHAMRAN SAVEHI,
director of International, HEZBOLLAH and Iranian External Intelligence chief,
GENERAL MOHSEN REZA'I, Iranian security director HOSEYN SHAYKH OL-
ESLAM, former Assistant Foreign Minister, GENERAL MOHSEN REZA'I, former
commander of the IRANIAN REVOLUTIONARY GUARD S CORPS (IRGC) who is
now in charge of the reorganization of IRAN's security apparatus, GENERAL YAHYA
RAHIM SAFAVI, head of the IRGC, provided material support and resources to
defendants AL QAEDA and BIN LADEN both directly and through its surrogate,
HEZBOLLAH. The support provided by IRAN to BIN LADEN and AL QAEDA
assisted in or contributed to the preparation and execution of the plans that culminated in
the September 11 Attacks.

23.     The co-conspirator sponsor defendants are individuals, organizations,
banks and charities located in Saudi Arabia and other parts of the world including the
United States who conspired with BIN LADEN, AL QAEDA, and the TALIBAN to
raise, launder, transfer, distribute and hide funds for BIN LADEN and AL QAEDA in

24

order to support and finance their terrorist activities, including, but not limited to, the September 11th attacks. Some of the individuals, businesses, banks and charities operate legitimate businesses but also maintain a dual role as an AL QAEDA co-conspirator and have actively supported its terrorist activities; while others, including some of the individuals, are a sham front for AL QAEDA or are full fledged members of AL QAEDA.

## **SUMMARY OF ALLEGATIONS**

24.     The horrific events of September 11th were the result of a world-wide terror conspiracy against the United States involving defendants who have conspired for many years to attack the United States and murder United States' citizens and who ultimately conspired, aided and abetted, sponsored, planned and executed the September 11th terror attacks that killed thousands of people and injured many thousands more and destroyed numerous properties and businesses.

25.     IRAQ has sworn revenge against the United States since 1991 for IRAQ 's humiliating defeat in the Persian Gulf War. Since IRAQ could not defeat the U.S. Military, it resorted to terror attacks on U.S. citizens. In order to avoid another confrontation with U.S. Military forces, IRAQ contracted with terrorists and sponsored Islamic fundamentalists who were willing to commit terrorist acts on IRAQ's behalf.

26.     For many years AL QAEDA wanted to drive the United States from the Arabian peninsula, topple Middle East governments supported by the United States,

25

including Egypt and Israel, and create an Islamic empire based upon its narrow interpretation of the Koran.  Over the years, AL QAEDA has grown as it absorbed or allied with other like-minded Islamic terrorist groups, including the Defendant EGYPTIAN ISLAMIC JIHAD and was supported by and absorbed members from the Defendant Muslim Brotherhood.

27.     For more than 10 years, IRAQ's leadership and AL QAEDA shared a virulent hatred of the United States.

28.     As early as 1992, AL QAEDA terrorists established close working relations with IRAQI INTELLIGENCE agents in the SUDAN, Afghanistan, IRAQ and elsewhere.  Soon thereafter, IRAQI INTELLIGENCE decided to support AL QAEDA and to employ AL QAEDA terrorists to carry out IRAQ's terror attacks.  The IRAQ-AL QAEDA relationship benefitted IRAQ because it provided that state with trained terrorists willing to die in terror attacks.  As a secular state, IRAQ does not have a large number of citizens wishing to become martyr warriors.  Additionally, by using AL QAEDA suicide terrorists, IRAQ could disavow involvement in attacks and avoid retribution.  The relationship benefitted AL QAEDA which received the support, funding, facilities and training needed to carry out its terror campaigns.

29.     During the mid 1990's IRAQ began actively supporting AL QAEDA operations by providing intelligence, training, weapons, supplies, passports, travel documents and financial support to co-conspirators.  Significantly, one of IRAQ 's

military or terror training camps contained the fuselage of a Boeing 707 used to teach techniques for hijacking commercial aircraft to AL QAEDA terrorists.

30. AL QAEDA, backed by IRAQ , carried out the September 11th terror attacks with the financial and logistical support of numerous individuals and organizations. These individuals and organizations provided AL QAEDA with the means to recruit, train, and employ thousands of terrorists, including the twenty assigned the ghastly mission to murder United States citizens and destroy U.S. landmarks on September 11, 2001.

31. The SUDAN and IRAN have repeatedly sponsored violent terrorist attacks on U.S. and Israeli targets in the Middle East and have supported AL QAEDA financially, materially and logistically for over a decade and support its goals.

32. This lawsuit seeks to strip the assets of AL QAEDA, BIN LADEN, IRAQ, SUDAN, IRAN and those individuals, entities and organizations who participated in or supported the September 11th terror attacks and recover compensatory and punitive damages for the September 11th victims.

33. **THE BIRTH OF AL QAEDA**

Starting in 1989, an international terrorist group emerged dedicated to opposing non-Islamic governments with brutal force and terrifying violence. This organization grew out of the "Mekhtab al Khidemat" (the "Azzam Service Center") organization which maintained offices in Peshawar, Pakistan and received funds from

27

Islamic charities, wealthy Saudi families, mosques, legitimate businesses and criminal enterprises, among others during the Soviet-Afghan war.

34.     Under the leadership of BIN LADEN, MUHAMMAD ATEF, a/k/a "Abu Hafs al Masry," Sheikh Taysir Abdullah, Abu Fatima; Abu Khadija; together with "Abu Ubaidah al Banshiri" (deceased in 1996), AYMAN AL ZAWAHIRI and others, the Azzam Service Center expanded, creating terrorist cells in various parts of the world, including Afghanistan, Pakistan and the United States, and financing and supporting other terrorist groups dedicated to committing acts of violence, murder, destruction and mayhem. From approximately 1989 until the present, this terrorist group called itself "AL QAEDA" ("the Base").

35.     At all relevant times, AL QAEDA was led by BIN LADEN. Members of AL QAEDA pledged an oath of allegiance (called a "bayat") to BIN LADEN and AL QAEDA, committing themselves to become martyrs in their depraved cause.

36.     AL QAEDA actively and vehemently opposed the United States for several reasons. First, it regarded the United States as a "kafir" or "infidel" nation governed in a manner inconsistent with the group's interpretation of Islam. Second, it believed the United States was providing essential support for other "infidel" nations and organizations, particularly the governments of Egypt, Israel and the United Nations, which AL QAEDA regarded as enemies. Third, AL QAEDA opposed the involvement of the United States armed forces in the Gulf War in 1991 and its presence in the Middle

28

East afterwards as illustrated by Operation Restore Hope in Somalia in 1992 and 1993. AL QAEDA viewed these as pretextual preparations for an American occupation of Islamic countries. In particular, AL QAEDA opposed the continued presence of American military forces in Saudi Arabia and elsewhere on the Saudi Arabian peninsula following the Gulf War. Fourth, AL QAEDA opposed the United States Government because of the arrest, conviction and imprisonment of AL QAEDA members or other terrorists with whom it worked, including the Islamic Group's Sheik Omar Abdel Rahman who was convicted of planning to bomb bridges and tunnels in New York City. Fifth, AL QAEDA believed United Nation sanctions against IRAQ were orchestrated by the United States out of "eagerness to destroy IRAQ".

37.    One of the AL QAEDA's principal goals was to use violence to drive the United States armed forces out of Saudi Arabia and Somalia. Members of AL QAEDA issued fatwas (rulings on Islamic law) stating that attacks on the United States were both proper and necessary.

38.    At least as early as 1991, BIN LADEN and AL QAEDA began working closely with AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," whose EGYPTIAN ISLAMIC JIHAD terrorist group shared BIN LADEN and AL QAEDA's goals. BIN LADEN had met ZAWAHIRI in Peshawar, Pakistan in 1987 during the Afghan-Soviet War.

29

39.     From in or about 1987, until in or about December 1997, AYMAN AL
ZAWAHIRI, led the EGYPTIAN ISLAMIC JIHAD, a group dedicated to the forceful
overthrow of the Egyptian Government and committing violence against the United
States, in part, for what ZAWAHIRI believed to be United States support of the
Egyptian Government.  Members of EGYPTIAN ISLAMIC JIHAD pledged allegiance
to AL ZAWAHIRI.  Many of the leading members of the EGYPTIAN ISLAMIC
JIHAD ultimately became influential members of AL QAEDA, including AYMAN AL
ZAWAHIRI and MUHAMMAD ATEF.  By February 1998, the EGYPTIAN ISLAMIC
JIHAD led by AL ZAWAHIRI and MUHAMMAD ATEF, and including THIRWAT
SALAH SHIHATA, and TARIQ ANWAR AL SAYYID AHMAD a/k/a Fathi a/k/a
Amr Al Fatih had effectively merged with AL QAEDA and had joined with AL
QAEDA in targeting United States' citizens.

40.     AL QAEDA had a command and control structure which included a
majalis al shura (or consultation council) that discussed and approved major
undertakings, including terrorist operations.  BIN LADEN, MUHAMMAD ATEF, a/k/a
"Abu Hafs," AYMAN AL ZAWAHIRI, SAIF AL ADEL, MAMDOUH MAHMUD
SALIM, a/k/a "Abu Hajer," and ABDULLAH AHMED ABDULLAH, a/k/a "Abu
Mohamed el Masry," a/k/a "Saleh," among others, sat on the majalis al shura (or
consultation council) of AL QAEDA.  Its affiliate, the EGYPTIAN ISLAMIC JIHAD
had a Founding Council, on which Ibrahim Eidarous sat.

41.    AL QAEDA also maintained a "military committee" which considered and approved "military" matters. MUHAMMAD ATEF sat on the military committee and was one of BIN LADEN's two principal military commanders together with "Abu Ubaidah al Banshiri," (until his death in May 1996). MUHAMMAD ATEF had the principal responsibility for supervising the training of AL QAEDA members. SAIF AL ADEL also served on the military committee reporting to MUHAMMAD ATEF. AMIN AL HAQ was an Afghan national who served as security coordinator to OSAMA BIN LADEN.

42.    AL QAEDA functioned both on its own and as a conduit for other terrorist organizations in other parts of the world that shared its ideology, such as the EGYPTIAN ISLAMIC JIHAD as described above, and the SALAFIST GROUP FOR CALL AND COMBAT.  SALAFIST GROUP members including MOHAMED BEN BELGACEM AOUADI who provided false identify documents for AL QAEDA members and LASED BEN HENI, TAREK CHARAABI, MOKHTAR BOUCHOUCHA and SAMI BEN KHEMAIS ESSID, trafficked in arms and explosives for AL QAEDA.  AL QAEDA camps were used to train terrorists to fight in Islamic causes, such as supporting Pakistan in its dispute with India over the province of Kashmir.  AL QAEDA maintained terrorist cells and personnel in a number of countries to facilitate its activities, including Italy, where defendant ABDELKADIR MAHMOUD ES SAYED has been indicted for conspiring to traffic in arms, explosives, chemical

31

weapons, and identity papers from his position as organizer of AL QAEDA's Milan, Italy, cell. ES SAYED is a fugitive under a death sentence, having been convicted of involvement in a 1997 terrorist attack in Luxor, Egypt, carried out by GAMA'AT AL ISLAMIYYA. Defendant MAHMUD ABU AL FATUH MUHAMMAD was a member of the ISLAMIC JIHAD and participated in the ISLAMIC CULTURAL CENTER OF MILAN. He is the owner of AL SHIFA' HONEY PRESS FOR INDUSTRY AND COMMERCE, which has branches in Peshawar. AL SHIFA' HONEY PRESS FOR INDUSTRY AND COMMERCE was named a sponsor of terror by the United States and the United Nations. AL QAEDA also maintained terrorist cells in Kenya, Germany, Tanzania, the United Kingdom, Canada and the United States.

43.     The ISLAMIC ARMY OF ADEN is a Yemeni group which supports OSAMA BIN LADEN. Its members consist largely of veterans of the Afghanistan war against the Soviet Union who fought with BIN LADEN. The leader of the ISLAMIC ARMY OF ADEN, Abu al Hassan, had contact with AL QAEDA through his relationship with AYMAN AL ZAWAHIRI and the EGYPTIAN ISLAMIC JIHAD. Defendant ABU HAMZA AL MASRI was in contact with BIN LADEN lieutenant defendant ABU ZUBADYA. AL MASRI recruited people for Bin Laden terror training camps and AL QAEDA sponsored acts of terror including ZACARIAS MOUSSAOUI, suspected of helping to plan the 9-11 attacks and Richard Reid the "shoe bomber" arrested in December 2001. Both terrorists were worshipers at the British mosque where

32

AL MASRI is a cleric.

44.     BIN LADEN and AL QAEDA also forged alliances with the
NATIONAL ISLAMIC FRONT in the SUDAN and with representatives of the
government of IRAN, and its associated terrorist group HEZBOLLAH, for the purpose
of working together against their perceived common enemies in the West, particularly
the United States.

45.     At various times from as early as 1989, BIN LADEN, and others  known
and unknown, ran terrorist training "camps and guesthouses" in various areas, including
Afghanistan, IRAQ , IRAN, Pakistan, the SUDAN, Somalia, Kenya, Malaysia,
Philippines and Germany for the use of AL QAEDA and its affiliated groups.
MAHMUD SALIM a/k/a Abu Hajer al Iraqi, and ABD AL HADI AL IRAQI, one of the
top 25 AL QAEDA military advisors, managed some of these training camps and
guesthouses  in Afghanistan and Pakistan.

46.     Since 1991, BIN LADEN, AL QAEDA and many of their co-defendants
unlawfully, wilfully and knowingly combined, conspired, confederated and agreed to
murder and injure United States citizens throughout the world, including in the United
States, and to conceal their activities and methods by, among other things, establishing
front companies, providing false identity and travel documents, financing terrorist
operations, engaging in coded correspondence, providing false information to the
authorities in various countries and seeking to detect and kill informants.

<div align="center">33</div>

## THE SUDAN

47.     In 1991, BIN LADEN left Saudi Arabia and relocated in the SUDAN.

He centered his AL QAEDA operations there for the next four years while maintaining

offices and orchestrating terrorist recruitment, training and launching attacks in various

parts of the world.  Defendant, MUHSIN MUSA MATWALL ATWAH, an Egyptian

known as "Abdel Rahman" provided military and intelligence training for AL QAEDA

members as early as 1990 in Afghanistan and Pakistan, and then in the Sudan.  BIN

LADEN recruited new members in the SUDAN, such as MOHAMED SULEIMAN AL

NALFI and at least 200 Afghan Arabs, Saudis, Yemenis and Egyptians who had fought

against the Soviets in Afghanistan and who became part of AL QAEDA's cell in the

SUDAN.  MAMDOUH MAHMUD SALIM a/k/a Abu Hajer al Iraqi, served as BIN

LADEN's top lieutenant in the SUDAN shortly after BIN LADEN's arrival there.

48.     In 1989, Defendant HASSAN AL TURABI installed a radical extremist

Islamic government in SUDAN through a *coup.*  Beginning in 1991, he and the

Sudanese government provided refuge to BIN LADEN.  A 1996 State Department fact

sheet on OSAMA BIN LADEN described his operations in the country beginning in

1991:

> *Bin Laden relocated to SUDAN in 1991, where he was*
> *welcomed by National Islamic Front (NIF) leader Hasan Al*
> *Turabi. . . .  [bin Laden] embarked on several business*

34

> *ventures in SUDAN in 1990, which began to thrive following*
> *his move to Khartoum. Bin Laden also formed symbiotic*
> *business relationships with wealthy NIF members by*
> *undertaking civil infrastructure development projects on the*
> *regime's behalf.*

49.    OSAMA BIN LADEN's close relationship with the new extremist

Sudanese regime became symbiotic and he conducted several business projects with or

on behalf of the NIF.  One of these investments was the Defendant AL SHAMAL

ISLAMIC BANK, as reported by the State Department:

> *Bin Laden and wealthy NIF members capitalized al-*
> *Shamal Islamic Bank in Khartoum. Bin Laden invested*
> *$50 million in the bank.*

50.    OSAMA BIN LADEN's involvement in business transactions in the

SUDAN including the AL SHAMAL ISLAMIC BANK, was confirmed by a 2002

Congressional Research Service Report:

> *In 1991, bin Laden relocated to SUDAN with the approval*
> *of SUDAN National Islamic Front (NIF) leader Hasan Al*
> *Turabi. There, in concert with NIF leaders, [bin Laden]*
> *built a network of businesses, including an Islamic Bank*
> *(al Shamal), an import-export firm, and firms that*
> *exported agricultural products. An engineer by training,*
> *bin Laden also used his family connections in the*
> *construction business to help SUDAN build roads and*
> *airport facilities. The business in SUDAN . . . enabled him*
> *to offer safe haven and employment in SUDAN to AL*
> *QAEDA members, promoting their involvement in radical*
> *Islamic movements in their countries of origin (especially*
> *Egypt) as well as anti-U.S. terrorism.*

51.    Defendant AL SHAMAL ISLAMIC BANK in the SUDAN has been tied

35

to not only to BIN LADEN and TURABI, but also to shareholder Defendant FAISAL

ISLAMIC BANK which is chaired by Defendant PRINCE MOHAMMED AL FAISAL

AL SAUD and other Saudi investors.  AL SHAMAL ISLAMIC BANK was chaired by

Defendant ADEL ABDUL JALIL BATTERJEE who was responsible for funding AL

QAEDA  through BENEVOLENCE INTERNATIONAL FOUNDATION ("BIF") and

WORLD ASSEMBLY OF MUSLIM YOUTH ("WAMY").  BIN LADEN maintained

accounts at AL SHAMAL in his own name and for his Sudanese businesses defendants

AL-HIJRAH CONSTRUCTION AND DEVELOPMENT LTD., WADI AL AQIQ (an

import/export company); TABA INVESTMENT CO. LTD. (agricultural exporter);

GUM ARABIC CO. LTD. (co-owned by BIN LADEN and SUDAN); AL THEWAR

(agricultural company); BLESSED FRUITS CO.; and IKHLAS (Honey)

52.    Defendant AL SHAMAL ISLAMIC BANK was founded in 1983 by

three individuals or entities: (1) AL SHAMAL FOR INVESTMENT AND

DEVELOPMENT, a Sudanese company; (2) Defendant SALEH ABDULLAH KAMEL,

Chairman of the SAUDI DALLAH AL BARAKA GROUP LLC; and (3) the

SUDANESE GOVERNMENT OF NORTHERN STATE, then controlled by Governor

MUTASIM ABDUL-RAHIM, Secretary General of the National Congress Party in

Khartoum, and representative of extremist HASSAN AL TURABI.

53.    In April 1984, the AL SHAMAL ISLAMIC BANK issued shares to its

main founders. They included the SUDANESE GOVERNMENT OF NORTHERN

36

STATE, the Defendant FAISAL ISLAMIC BANK – SUDAN, Defendant SALEH

ABDULLAH KAMEL, his brother OMAR ABDULLAH KAMEL, and Defendant AL

BARAKA INVESTMENT AND DEVELOPMENT, a wholly owned subsidiary of

DALLAH AL BARAKA GROUP LLC and Defendant SALEH ABDULLAH KAMEL.

54.     Among the shareholders of the AL SHAMAL ISLAMIC BANK was

Defendant FAISAL ISLAMIC BANK – SUDAN, a subsidiary of ISLAMIC

INVESTMENT COMPANY OF THE GULF (Bahrain) EC, whose parent company is

Defendant DAR-AL-MAAL AL ISLAMI, based in Switzerland. The three entities are

chaired by Defendant PRINCE MOHAMMED AL FAISAL AL SAUD, and controlled

by Saudi investors.

55.     AL SHAMAL ISLAMIC BANK Chairman and shareholder, Defendant

ADEL ABDUL JALIL BATTERJEE, is the Chairman of AL BIR AL DAWALIA,

whose United States branch, BENEVOLENCE INTERNATIONAL FOUNDATION

("BIF"), is also a front for AL QAEDA sponsorship.

56.     Defendant ADEL ABDUL JALIL BATTERJEE is both Chairman of the

AL SHAMAL ISLAMIC BANK and was also Chairman of the WORLD ASSEMBLY

OF MUSLIM YOUTH. BATTERJEE is the subject of an FBI investigation into terrorist

activities and has been implicated in the criminal indictment of ENAAM ARNAOUT of

BIF (discussed below).

57.     AL SHAMAL ISLAMIC BANK General Manager, MOHAMMAD S.

37

MOHAMMAD, acknowledged in a September 2001 press release that OSAMA BIN
LADEN had two accounts in the bank, opened on March 30, 1992 in the name of AL-
HIJRAH CONSTRUCTION AND DEVELOPMENT LTD. This company, according
to the United States Department of State, worked directly with Sudanese military
officials to transport and provide provisions to terrorists training in OSAMA BIN
LADEN's terrorist training camps in northern SUDAN.

58.    A third AL SHAMAL ISLAMIC BANK account was opened in 1993 in
the name of OSAMA BIN LADEN's company, WADI AL AQIQ, a company registered
in Saudi Arabia. The import-export firm, in conjunction with OSAMA BIN LADEN's
TABA INVESTMENT COMPANY LTD., secured a near monopoly over SUDAN's
major agricultural exports of gum, corn, sunflower, and sesame products in cooperation
with prominent Sudanese NIF members.

59.    Jamal Ahmed Al Fadl (or "Al Fadl"), was the first person called in the
trial of four men charged with participating in a terrorism conspiracy led by OSAMA
BIN LADEN, that being the 1998 bombings of the American Embassies in Kenya and
Tanzania. In February of 2001, Al Fadl's testimony described OSAMA BIN LADEN's
global banking network, naming institutions in SUDAN, Malaysia, The United
Kingdom, Hong Kong and Dubai where OSAMA BIN LADEN and his international
terrorist organization kept money. He also gave a detailed account of OSAMA BIN
LADEN's agricultural, construction, transportation and investment companies in

38

SUDAN, which are fronts for terrorist activities. OSAMA BIN LADEN, his co-conspirators, aiders and abettors, and material sponsors have engaged in a global conspiracy aimed at the United States and other Western targets. AL QAEDA has also acted as a kind of umbrella organization providing support for other terrorist groups and also cooperating with other terrorist organizations like the Iranian-backed HEZBOLLAH.

60.    Al Fadl testified that he helped OSAMA BIN LADEN pay the employees of his companies and AL QAEDA, whose members received monthly checks of several hundred dollars, and that he was sent out to buy five farms in SUDAN for the group to use as training camps. Al Fadl testified one farm cost $250,000 and another $180,000.

61.    After OSAMA BIN LADEN moved his group to SUDAN in 1991, Al Fadl testified, its activities were greatly aided by SUDANESE INTELLIGENCE and by other government officials. Al Fadl described several arms shipments, including AL QAEDA's smuggling of Kalishnikov rifles into Egypt from SUDAN on two separate occasions that involved about 50 camels each. AlFadl also recalled a midnight shipment of four large crates of weapons and explosives to an Islamic group in Yemen, carried on a boat owned by AL QAEDA and accomplished with the help of a SUDANESE INTELLIGENCE officer.

62.    AlFadl testified OSAMA BIN LADEN was surrounded by a group of AL QAEDA associates who participated on a ruling council and ran various committees on

39

military, business and religious matters.

63.     AL SHAMAL ISLAMIC BANK has repeatedly been used to fund criminal and terrorist activities. Al Fadl further testified, that OSAMA BIN LADEN and at least six AL QAEDA operatives held bank accounts in AL SHAMAL ISLAMIC BANK under their real names.

64.     Jamal Ahmed Al Fadl also testified that AL QAEDA operatives received monthly checks of several hundred dollars from AL SHAMAL ISLAMIC BANK accounts and that he transferred $100,000.00 from AL SHAMAL ISLAMIC BANK to an AL QAEDA representative in Jordan.

65.     Defendant FAISAL ISLAMIC BANK – SUDAN, a subsidiary of ISLAMIC INVESTMENT COMPANY OF THE GULF (Bahrain) EC and DMI, was one of the five main founders of AL SHAMAL ISLAMIC BANK in April 1984 and became member of the board in July 1988. PRINCE MOHAMMED AL FAISAL AL SAUD is heavily involved in the sponsorship of terror through FAISAL ISLAMIC BANK – SUDAN.

66.     Defendant FAISAL ISLAMIC BANK – SUDAN was also implicated as an AL QAEDA sponsor during the 2001 United States trial on the 1998 embassy bombings in Africa as managing bank accounts for AL QAEDA operatives. Al Fadl, testified:

             Q. Where were the accounts [of AL QAEDA ] held? In what countries?

40

> A. . . . we got account in Bank Faisal Islami [Faisal Islamic Bank].
> Q. Is that also in Khartoum?
> A. Yes."

67.    Defendant FAISAL ISLAMIC BANK's subsidiary in Turkey is currently under investigation by the Istanbul Prosecutor's Office on charges of tax irregularities concerning seven executives. Prosecutors are demanding three years imprisonment for the executives including Defendant PRINCE MOHAMMED AL FAISAL AL SAUD.

68.    Defendant TADAMON ISLAMIC BANK was formed in Khartoum, SUDAN on November 28, 1981 and started operations on March 24, 1983, less than one month before AL SHAMAL ISLAMIC BANK obtained banking authorization for its own activities. The TADAMON ISLAMIC BANK is active across the Sudanese territory, through twenty-one different establishments and has several subsidiaries there.

69.    Shareholders of the TADAMON ISLAMIC BANK include AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION (and/or subsidiaries of the DALLAH AL BARAKA GROUP) SALEH ABDULLAH KAMEL, National Company for Development and Trade, and DUBAI ISLAMIC BANK. Defendant FAISAL ISLAMIC BANK SUDAN, a subsidiary of the ISLAMIC INVESTMENT COMPANY OF THE GULF (Bahrain) EC, whose parent is DAR AL MAL AL ISLAMI, was the main shareholder of TADAMON ISLAMIC BANK as of 1995.

70.    TADAMON ISLAMIC BANK facilitated, materially sponsored, aided

41

and abetted, and/or conspired with AL QAEDA and its international terrorists and

financial operations. According to testimony of Al Fadl, during the 2001 trial regarding

the 1998 Embassy bombings in Africa, TADAMON ISLAMIC BANK managed

accounts of AL QAEDA operatives:

> Q "Do you recall anyone else that had bank accounts in their name for AL
> QAEDA?
> A. Abdouh al Mukhlafi.
> Q. Who was this person named Abdouh al Mukhlafi?
> A. He is from Yemen.
> Q. What role did he play for Bin Laden?
> A. He goes with Bin Laden when Bin Laden travel outside or inside SUDAN.
> Q. What role did he play for Bin Laden when Bin Laden traveled?
> A. He is like bodyguard for him, and also if Bin Laden, he needs bank
> something,          he use account for that.
> Q. Did he handle money during the travel?
> A. Yes.
> Q. Where were the accounts held? In what countries?
> A. In Sudan and is in Bank Tadamon Islami [Tadamon Islamic Bank]."

71.      TADAMON ISLAMIC BANK is also a shareholder of Defendant AL

SHAMAL ISLAMIC BANK, a bank formed in SUDAN and extensively used for AL

QAEDA operations. TADAMON ISLAMIC BANK joined the provisional Board of

Directors of AL SHAMAL ISLAMIC BANK on July 1988 and has been a major

shareholder of AL SHAMAL ISLAMIC BANK since March 26, 1986.

72.      During the 1991-1996 time period, SUDAN abandoned visa requirements

for Arabs and actively encouraged Islamic militants to live within its borders. By the end

of 1991, there were between 1,000 and 2,000 members of AL QAEDA in the SUDAN.

42

OSAMA BIN LADEN established a headquarters in the Riyadh section of Khartoum, SUDAN, an area heavily populated by Saudis.

73.     OSAMA BIN LADEN was able to establish a powerful military and political presence in the SUDAN in the early 1990s, using a variety of business ventures to finance his activities, aided and abetted and materially sponsored by Defendants and co-conspirators named herein.

74.     In SUDAN, between the years 1990 and 1993, members of AL QAEDA undertook the task of writing the *Encyclopedia of the Afghan Jihad*. AL QAEDA wrote another terrorist work entitled *Military Studies in the Jihad against the Tyrants*. It was during this period that OSAMA BIN LADEN and AL QAEDA became fully operational, expanding their terrorist network.

75.     OSAMA BIN LADEN organized AL QAEDA into camps dedicated to exportation of terrorism throughout SUDAN (and eventually the world); the main Sudanese training site being a 20-acre site near Soba, 10 kilometers south of Khartoum. OSAMA BIN LADEN and AL QAEDA were sponsored, encouraged and allowed to operate freely in SUDAN. AL QAEDA purchased communications equipment, radios, and rifles for the Sudanese NIF, while the Sudanese government in exchange provided 200 passports to AL QAEDA so that those terrorists could travel internationally with new identities.

76.     In or about the early 1990s, Jamal Al Fadl went to Hilat Koko, a suburb

43

of Khartoum, where he met with representatives of AL QAEDA and the Sudanese army to discuss the joint manufacture of chemical weapons. AL QAEDA and the Sudanese army cooperated in efforts to mount chemical agents on artillery shells. AL QAEDA at this time also began to experiment with biological warfare – injecting or gassing dogs with cyanide.

77.     During the early 1990s, while OSAMA BIN LADEN was being harbored in SUDAN, AL QAEDA grew into a sophisticated international terrorist organization. Several key figures in the organization portrayed AL QAEDA at the time as a multinational corporation complete with a finance committee, investments and well-organized, concealed accounts and operations worldwide.

78.     At various times between in or about 1992 and 1996, OSAMA BIN LADEN and MAMDOUH MAHAMUD SALIM worked together with a ranking official in the NIF to obtain communications equipment on behalf of the SUDANESE INTELLIGENCE SERVICE.

79.     On at least two occasions in the period from in or about 1992 until 1995, members of AL QAEDA transported weapons and explosives from Khartoum to the coastal city of Port Sudan for trans-shipment to the Saudi Arabian peninsula, using vehicles owned by or used in OSAMA BIN LADEN's businesses.

80.     In 1993, AL QAEDA  paid $210,000.00 for an airplane in Tucson, Arizona, that was then flown to Khartoum, SUDAN. This plane was intended to

44

transport American stinger anti-aircraft missiles from Pakistan to SUDAN, although that missile transport did not take place as the plane was damaged before the operation could take place.

81.     Because of SUDAN's active and material support of OSAMA BIN LADEN and Al QAEDA, the United States Department of State first put SUDAN on the list of State sponsors of terrorism in 1993, largely because of OSAMA BIN LADEN's residency and activities and the Sudanese connection to a terrorist plot to blow up bridges and tunnels in New York City.

82.     In 1995, Defendant HASSAN ALTURABI organized militant groups from IRAQ, IRAN, Pakistan, Algeria and Tunisia, as well as Palestinian Islamic Jihad and HAMAS, as well as AL QAEDA and hosted meetings. During the time that AL QAEDA was based in SUDAN, it also forged alliances with EGYPTIAN ISLAMIC JIHAD and other global jihad groups in becoming an international sponsor of terrorism.

83.     HASSAN ALTURABI, under pressure from the United States and others, finally expelled OSAMA BIN LADEN from SUDAN in 1996, but allowed him to relocate and regroup in Afghanistan. According to a 1998 FBI warrant, even after BIN LADEN left SUDAN, BIN LADEN maintained his businesses there.

84.     The SUDAN continues to be one of the governments that the United States has designated as a State sponsor of international terrorism. SUDAN serves as a safe-haven for members of AL QAEDA, the Lebanese-Iranian HEZBOLLAH,

45

EGYPTIAN AL-GAMA'A AL-ISLAMIYYA, EGYPTIAN ISLAMIC JIHAD, the

PALESTINE ISLAMIC JIHAD, and HAMAS and continued to provide financial support

to AL QAEDA through September 11, 2001. SUDAN still has not complied fully with

United Nations Security Council Resolutions 1044, 1054, and 1070, passed in 1996 –

which require that SUDAN end all material support to terrorists. SUDAN has assets

frozen by the United States government.

85.    The Sudanese government and Sudanese officials close to OSAMA BIN

LADEN co-founded the AL SHAMAL ISLAMIC BANK and were associated with its

operations until at least October, 2001. Among the three founders of the AL SHAMAL

ISLAMIC BANK was the SUDANESE GOVERNMENT OF THE NORTHERN

STATE, ruled at that time by MUTASIM ABD RAHIM, the personal representative of

HASSAN AL TURABI, leader and principal OSAMA BIN LADEN supporter in the

country.

86.    Under Sudanese banking regulations, AL SHAMAL ISLAMIC BANK is

considered as a joint ownership commercial bank, and therefore subject to the Central

Bank of SUDAN review, supervision and control, according to the provisions of the

Banks' Practice Act of 1991.

87.    AL QAEDA operative Jamal Al Fadl testified that his terrorist activities

were greatly aided by Sudanese intelligence and by other Sudanese officials. AL Fadl

said that he helped OSAMA BIN LADEN pay the employees of his companies and AL

46

QAEDA, whose members received monthly checks of several hundred dollars from AL

SHAMAL ISLAMIC BANK accounts. He also testified that AL QAEDA members

were granted Sudanese passports and diplomatic privileges by the government. Such

material support constitutes the sponsoring of international terrorism.

88.     These facts fall under the scope of the 1999 International Convention for

the Suppression of the Financing of Terrorism, signed by SUDAN on February 29,

2000, and entered in force on April 10, 2002. THE REPUBLIC OF SUDAN's course of

conduct contradicts the General Assembly Resolution 51/210 of December 17, 1996

calling upon the States to "prevent and counteract . . . the financing of terrorists and

terrorist organizations, whether such financing is direct or indirect," the United Nations

Security Council Resolution 1373 of September 28, 2001 and the United Nations

Security Council Resolution 1269 of October 19, 1999, calling upon all States to

"prevent and suppress in their territories through all lawful means the preparation and

financing of any acts of terrorism." These resolutions were adopted under Chapter VII

of the United Nations Charter, and are therefore binding on all United Nations member

States, including SUDAN.

## The Agencies and Instrumentalities of the Republic of Sudan

89.     As described above, SUDAN acted through its officials, officers, agents,

employees and instrumentalities in aiding, abetting, and providing material support and

resources to OSAMA BIN LADEN, AL QAEDA and international terrorism. The

47

support provided by the REPUBLIC OF SUDAN to OSAMA BIN LADEN and AL
QAEDA assisted in, or contributed to, the preparation and execution of plans that
culminated in the attacks on September 11, 2001 and to the damages to the Plaintiffs
herein.

      90.     Lieutenant General OMAR HASSAN AHMAD AL BASHIR is the
President of SUDAN, and is an instrumentality of SUDAN for the purposes of liability
and damages under the Foreign Sovereign Immunities Act. As head of SUDAN,
Lieutenant General OMAR HASSAN AHMAD AL BASHIR is responsible for
formulating and executing SUDAN's policy of supporting terrorism and OSAMA BIN
LADEN and AL QAEDA .

      91.     The SUDAN Ministry of Defense, headed by General RAHMAN
ABDUL SIRAL-KHATIM, is an agency of the REPUBLIC OF SUDAN. The Ministry
of Defense, as a government agency, aided and abetted OSAMA BIN LADEN and AL
QAEDA as outlined above.

      92.     The SUDAN Ministry of the Interior, headed by Major General ABDUL-
RAHIM MOHAMMED HUSSEIN, is an agency of SUDAN. The Ministry of the
Interior, as a government agency, aided and abetted OSAMA BIN LADEN and AL
QAEDA by providing instructors to the training camps run by OSAMA BIN LADEN
and AL QAEDA. He was assisted by ABDEL WAHAB OSMAN, the Minister of
Industry and ISS EL-DIN EL SAYED, the Minister of Finance. In early 1994, OSAMA

48

BIN LADEN was responsible for at least three major terrorist training camps in Northern SUDAN and the SUDANESE INTELLIGENCE SERVICES, AL AMN AL DAKHILI and AL AMN AL KHARIJI, provided the training. These services are answerable in part to the Ministry of the Interior.

## IRAQI TERRORISM

93.    Since the early 1990s, IRAQ and the IRAQI INTELLIGENCE have used both IRAQI agents and independent "contractors" to commit terrorist acts against the United States in revenge for IRAQ 's Gulf War defeat. AL QAEDA was IRAQ's favorite partner in crime and terror.

94.    While AL QAEDA's presence was growing in the SUDAN in 1992, the Government of IRAQ also had close ties with the Sudanese government. SUDAN supported IRAQ during the Gulf War and allowed IRAQ to establish a major IRAQI INTELLIGENCE center in the SUDAN through IRAQ's ambassador to Khartoum, AL SAMAD AL TA'ISH. AL TA'ISH was a highly placed IRAQI INTELLIGENCE agent, who brought 35 other intelligence officers with him to the SUDAN to establish a base for IRAQI operations. AL TA'ISH remained in the SUDAN through the summer of 1998. IRAQ arranged to smuggle scud missiles, chemical weapons and uranium into the SUDAN using Sudanese diplomatic mail privileges and other means. SUDAN agreed to store this material for IRAQ for safekeeping after the Gulf War to help circumvent U.N. weapons inspections.

49

95.     During the early 1990s, SUDAN's Sheikh HASSAN AL TURABI of the

NATIONAL ISLAMIC FRONT arranged meetings between BIN-LADEN and IRAQI

INTELLIGENCE officials. BIN LADEN met with FARUQ AL HIJAZI, an IRAQI

INTELLIGENCE agent in the SUDAN who would later head IRAQI INTELLIGENCE

for SADDAM HUSSEIN. BIN LADEN again met with IRAQI INTELLIGENCE

officers in 1994 and 1995 in the SUDAN. At these meetings, BIN LADEN and IRAQI

INTELLIGENCE agent FARUQ AL HIJAZI agreed to work together on terrorist

projects directed against the U.S.

96.     During his time in SUDAN, BIN LADEN became interested in using

IRAQI chemical and biological weapons and explored plans to use crop dusting aircraft

to disperse toxins as the IRAQI INTELLIGENCE and military had done earlier in

Kurdistan.

97.     Upon information and belief, there have been numerous meetings

between IRAQI INTELLIGENCE agents and high-ranking AL QAEDA terrorists to

plan terror attacks. One such meeting occurred in 1992, when AYMAN AL

ZAWAHIRI (EGYPTIAN ISLAMIC JIHAD leader and AL QAEDA officer) met with

IRAQI INTELLIGENCE agents in Baghdad, IRAQ over several days. An Iraqi serving

with the TALIBAN who fled Afghanistan in the fall of 2001, was captured in Kurdistan

and has corroborated this meeting and confirmed that Iraqi contacts with AL QAEDA

began in 1992.

## THE 1993 WTC BOMBING

98.    On February 26, 1993 a bomb was detonated in the World Trade Center underground parking lot, killing six U.S. citizens.  IRAQI sponsored terrorists planned, financed, executed and carried out that World Trade Center bombing.

99.    The 1993 WTC bombing, took place on the Friday before the two year anniversary of IRAQ's defeat in Kuwait, which was February 28, 1991.  The anniversary in 1993, was a Sunday and few people would have been working at the World Trade Center that day; and IRAQ and the terrorists wanted to maximize the number of American casualties.

100.    During the initial planning of the WTC bombing, Mohammed Salameh (who was later convicted for his role in the bombing) was in regular and frequent contact with his uncle Kadri Abu Bakr, who lived in IRAQ and had been a member of a PLO faction allied with SADDAM HUSSEIN.  Shortly after these calls, the mastermind of the bombing, Ramzi Ahmed Yousef a/k/a Abdul Basit, an IRAQI INTELLIGENCE agent, and member of the MUSLIM BROTHERHOOD, traveled to the United States using identification documents obtained in Kuwait during the IRAQI occupation of that country in 1991.

101.    Ramzi Yousef arrived in New York on September 1, 1992 using an IRAQI passport and requesting asylum.  On December 31, 1992, he presented photocopies of passports for Abdul Basit at the Pakistani consulate in New York

51

claiming to be Basit and requesting replacement of his "lost" passport. Basit was a

Pakistani citizen who had moved to Kuwait and disappeared during the Iraqi occupation

in August 1990. IRAQI INTELLIGENCE had access to the Kuwaiti Interior Ministry

files and upon information and belief, inserted Yousef's fingerprints into the file and

provided him with photocopies of two older passports from Basit's file. The Pakistani

Consulate, accordingly, provided Yousef a temporary passport, based on the false

documents. This provided Yousef with a means to escape the U.S. two days after the

World Trade Center bombing. In fleeing the United States after the bombing, Yousef

first traveled through Baluchistan, an uncontrolled region of IRAN straddling the border

of IRAN and Pakistan with strong ties to IRAQ. By the following year, 1994, Yousef

was living in the Phillippines. He left the Phillippines however, after authorities

discovered a plan he was working on to bomb United States' airliners. Yousef fled to

Pakistan and was eventually sheltered at an AL QAEDA guesthouse. He was arrested

in February 1995 in Pakistan and extradited to the U.S. for prosecution and was

eventually convicted in the 1993 World Trade Center bombing conspiracy.

102.    ABDUL RAHMAN YASIN, who was born in the United States to

IRAQI parents but had been raised in IRAQ, within days of the 1993 bombing was

questioned in New York and New Jersey in connection with the World Trade Center

bombing, but was released after appearing to cooperate with U.S. officials. He fled the

country the next day and traveled to Baghdad, IRAQ. U.S. prosecutors later learned that

he, along with others, had prior training in bomb making, and had mixed the chemicals and constructed the bomb that was used in the World Trade Center. IRAQI INTELLIGENCE knew of YASIN's presence in IRAQ and provided him refuge. On August 4, 1993 YASIN was indicted in absentia for the World Trade Center bombing.

103.     In June 1994 YASIN was seen in Baghdad by an ABC news correspondent who was told that YASIN worked for IRAQI government. U.S. law enforcement officials confirmed that fugitive YASIN has been sheltered in IRAQ, a continuing violation of United Nationals Security Council Resolution 687 which makes it unlawful to harbor a suspected terrorist. In June 2002, YASIN was interviewed in Baghdad by Leslie Stahl from CBS. YASIN remains in IRAQ.

104.     Ramzi Ahmed Yousef, Mohammed Salameh, Nidal Ayyad, Mahmud Abu Halima and Ahmad Mohammed Ajaj were all eventually convicted in the Southern District of New York for the 1993 conspiracy to bomb the World Trade Center.

105.     Following his arrest in 1995, Yousef told U.S. investigators that his intent was to create an explosion that would cause one of the World Trade Center Towers to fall over onto the other, destroying both and causing massive American casualties.

106.     During the worldwide hunt for fugitive Yousef, he was living in the Phillippines with KHALID SHEIKH MOHAMMED. KHALID SHEIKH MOHAMMED's involvement in terror activities became known when law enforcement authorities interrupted a plot to blow up a dozen U.S. commercial airliners flying to the

53

United States from Asian cities. MOHAMMED's participation in the planning of these acts of terror was uncovered by authorities after he and Yousef accidently started a fire in their apartment in Manila while mixing bomb chemicals. Filipino authorities were suspicious when they saw chemicals, bomb making instructions and timing devices in the apartment and they seized those items along with a computer containing the details of the airliner bombing plans. MOHAMMED and Yousef fled the country, before they could be arrested.

107.    MOHAMMED eventually found sanctuary in Doha, Qatar. In early 1996, MOHAMMED was visited in Qatar by BIN LADEN. Around the same time, FBI director, Louis Frech, wrote to the Qatari government requesting that it surrender MOHAMMED to U.S. authorities. Not long after the FBI request, with the assistance of Qatari officials, MOHAMMED fled to Prague, Czech Republic, foiling U.S. attempts to arrest him.

108.    MOHAMMED's whereabouts after his escape to Prague in May 1996 were not known until his capture in Pakistan in March 2003, but documents and AL QAEDA members captured in Afghanistan identified MOHAMMED as a leader in the AL QAEDA terror network and actively involved in the planning, logistics and financing of the September 11th attacks. His participation in the planned hijacking of U.S. commercial airliners was not new for him. MOHAMMED is a close associate of ABU ZUBAYDAH, a top BIN LADEN associate who was fully aware of the targets of

54

the September 11th hijackers.  ZUBAYDAH is in the custody of United States

authorities and is providing some corroborating information about AL QAEDA

operations.

## SOMALIA

109.    In 1992 and 1993, AL QAEDA trained terrorists in Somalia and from

nearby SUDAN attempted to incite an Islamic jihad there against U.S. military forces

stationed in Mogadishu, Somalia by working with Somali warlord, General Farah Adid.

BIN LADEN issued a fatwa urging Muslims to attack the U.S. and U.N. military forces

stationed there during Operation Restore Hope.  BIN LADEN, MAMDOUH

MAHMUD SALIM,  MUHAMMAD ATEF, SAIF AL ADEL, ABDULLAH AHMED

ABDULLAH,  MUHSIN MUSA MATWALLI ATWAH, a/ka "Abdel Rahman,"

FAZUL ABDULLAH MOHAMMED, a/k/a "Harun," AHMED MOHAMED HAMED

ALI and MOHAMED  SADEEK ODEH, along with Abu Ubaidah Al Banshiri,

provided weapons, military training and assistance to the Somali tribes working for Adid

who were opposed to the U.N. intervention in Somalia and urged them to attack U.S.

military personnel. On October 3 and 4, 1993, these forces did attack U.S. military

personnel in Mogadishu and killed 18 U.S. servicemen.

## 1994-1996

110.    In 1994, AL QAEDA member MOHAMED SADEEK ODEH and others

established a cell in Nairobi and Mombasa, Kenya and followed BIN LADEN's

SUDAN model by setting up seemingly legitimate businesses and aid organizations to facilitate their terrorist missions. The businesses employed AL QAEDA terrorists and the proceeds from those businesses provided money to their terrorist cause. These businesses and aid organizations included, but were not limited to, the Asthma, Ltd., TANZANITE KING and the HELP AFRICAN PEOPLE organization. ATEF, KHALID AL FAWAZ, a/k/a "Khaled Abdul Rahman Hamad al FAWAZ," a/k/a "Abu Omar," a/k/a "Hamad," ODEH, WADIH EL HAGE, FAHID MOHAMMED ALLY MSALAM, ANAS AL LIBY and Ali Mohamed spent considerable time in Kenya from 1993 through August 1998 solidifying this AL QAEDA cell.

111. In or about 1994, BIN LADEN, working together with KHALID AL FAWAZ, set up a media information office in London, England hereafter the ("London office"), which was designed both to publicize BIN LADEN's statements and to provide a cover for activity in support of AL QAEDA's "military" activities, including the recruitment of trainees, the disbursement of funds and the procurement of equipment and services. In addition, the London office served as a communication center for reports on military, security and other matters from various AL QAEDA cells to AL QAEDA's headquarters.

112. In November 1995, upon information and belief, AL QAEDA terrorists conspired with IRANIAN INTELLIGENCE and with the HEZBOLLAH to bomb the Khobar Towers in Saudi Arabia, killing five U.S. servicemen. Fearing further attacks by

BIN LADEN and AL QAEDA, some Saudi government officials and businessmen agreed to provide financial support to AL QAEDA and began funneling millions of dollars to charities that would then forward the money to AL QAEDA. Some of these charities were madrassas (schools) which by preaching a form of Islam that is intolerant of non-Muslims provided new recruits for terrorism.

### RETURN TO AFGHANISTAN

113.    In 1996, BIN LADEN was asked to leave the SUDAN by Sudanese officials pressured by the United States to crack down on terrorism. BIN LADEN returned to Afghanistan after the TALIBAN had seized control of most of that country. The number of AL QAEDA members and terrorist training camps in Afghanistan grew rapidly following BIN LADEN's return. AL QAEDA actively supported the TALIBAN and assisted them in violently suppressing all opposition. BIN LADEN and Defendant MULLAH OMAR developed a very close relationship.

114.    From 1996 until 2001, BIN LADEN with the financial and logistical support of OMAR and others in the TALIBAN and IRAQ and IRAQI INTELLIGENCE, created, supplied and operated at least five training camps in order to create an "Islamic Foreign Legion" capable of attacking enemies throughout the world. These camps trained men from 15 nations in guerrilla warfare, terrorist activities, rocket warfare, demolition and bombing, including the use of mines, grenades, TNT, nitroglycerine and plastic explosives. Classes were also given in "how to kill a

57

policeman" and "traps, murder and terrorist moves."

115.   On August 23, 1996, a strengthened BIN LADEN issued a fatwa declaring a jihad against Americans present in Muslim lands.  The message was disseminated throughout all AL QAEDA cells and associated terrorist groups, such as the EGYPTIAN ISLAMIC JIHAD.  The London AL QAEDA cell, run by KHALID AL FAWAZ under the name ADVICE AND REFORMATION COMMITTEE, and the Egyptian cell, run by AL ZAWAHIRI and Abdel Barrry, were used to send the fatwa to Muslims living in the Western World.  WADIH EL HAGE was also used by BIN LADEN to deliver messages, money and terrorist material to AL QAEDA operatives in the U.S. and U.K.  AHMAD SA'ID AL KADR an Egyptian-born aide to BIN LADEN was an associate of defendant AYMAN ZAWAHIRI when he was charged with the 1995 bombing of the Egyptian embassy in Islamabad, Pakistan in which 16 people were killed.  AL KADR was running the Afghanistan operations of the Canadian charity, Human Concern International Society, and sending money to support AL QAEDA.

## IRAQI AND AL QAEDA  INTERESTS PUBLICLY MERGE

116.   In February 1997, BIN LADEN publicly expressed his support for IRAQ in its conflict with the United States stating:

> *The hearts of the Muslims are filled with hatred towards*
> *the United States of America and the American president*
> *for American conduct towards IRAQ.*

117.   Having decided to carry out acts of terrorism, SADDAM HUSSEIN, with